IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS D. JONES, </br></br>      Plaintiff, </br></br>  v. </br></br>COUNTY SHERIFF OFFICER </br>MATTHEW McKEE, </br></br>      Defendant. | Case No. 12 C 5181 |

## MEMORANDUM ORDER

    Louis Jones ("Jones") has filed a 42 U.S.C. § 1983 ("Section 1983") Complaint against Will County Sheriff's Officer Matthew McKee ("McKee"), employing the form provided by this District Court's Clerk's Office for use by persons in custody. Unfortunately, even apart from the fact that Jones filed only the original Complaint, with no additional copy included for service of process on McKee, he also failed either (1) to pay the $350 filing fee or (2) if unable to do so, to provide an In Forma Pauperis Application (also available from the Clerk's Office) plus the required printout of transactions in his trust fund account at the Will County Jail (where he is now in custody) for a period beginning December 1, 2011 and ending with the current date.

    What has just been said about the requested printout calls for a bit of explanation. First, although Jones has provided a filled-out certificate dated June 18 that refers to a current balance of $0.62 in his trust fund account and also provides an average monthly deposit figure, this Court's responsibility under 28 U.S.C. § 1915 is to make an independent determination on that score (and experience teaches that the institutional calculations cannot always be relied upon).

And second, as to the relevant time frame, the June 18 certificate date is 13 days past the June 5 date when Jones signed the Complaint, and both those dates are of course earlier than the June 28 date when the Complaint was received in the Clerk's Office. Because any person in custody is entitled to the "mailbox rule" to establish the filing date for all purposes, this Court needs an extended time frame coverage in the trust fund printout to enable it to make the appropriate calculation.

Accordingly this Court will await either (1) Jones' payment of the entire filing fee in advance or (2) submission of the necessary papers seeking in forma pauperis status. If neither of those alternatives is complied with on or before July 23, 2012, this Court will be constrained to dismiss both the Complaint and this action (without prejudice, of course).

_____
Milton I. Shadur
Senior United States District Judge

Date: July 5, 2012.