```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

LOUIS D. JONES,                  )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No.  12 C 5181
                                 )
COUNTY SHERIFF OFFICER           )
MATTHEW McKEE,                   )
                                 )
          Defendant.             )
```

MEMORANDUM ORDER

In response to this Court's July 5, 2012 memorandum order, pro se plaintiff Louis Jones ("Jones") has provided a copy of the "Resident Account Summary" listing the transactions in his trust fund account at the Will County Jail ("County Jail," where he is in custody) for the six-month period made relevant for in forma pauperis purposes by 28 U.S.C. §1915 ("Section 1915"). That printout discloses that the average monthly deposits to his account for that six-month period (see Section 1915(b)(1)(A)) amounted to $98.16, 20% of which (id.) is $19.63.

Accordingly the application to proceed in forma pauperis is granted to the extent that Jones need not pay the full $350 filing fee in advance, although he must pay the entire fee in current and future installments. Jones is therefore assessed that initial partial payment of $19.63, and the County Jail's trust fund officer is ordered to collect that amount from Jones' trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

Office of the Clerk
               United States District Court
               219 South Dearborn Street
               Chicago IL 60604

               Attention:  Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Jones' name and the 12 C 5181 case number assigned to this action.  To implement these requirements, the Clerk shall send a copy of this memorandum order to the County Jail's trust fund officer.

After such initial payment, the trust fund officer at County Jail (or at any other correctional facility where Jones may hereafter be confined) is authorized to collect monthly payments from Jones' trust fund account in an amount equal to 20% of the preceding month's income credited to the account.  Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

Because Jones can now go forward with his Complaint against Will County Sheriff's Officer Matthew McKee, an initial status hearing date is set for 8:45 a.m. September 25, 2012.  In the meantime it is expected that the United States Marshals Service will make arrangements for the service of process on defendant McKee and that defense counsel will make the necessary arrangements so that Jones can participate in that status hearing

telephonically.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date: July 24, 2012