

**FILED**
7/24/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

JUN 2 8 2012

THOMAS G. BRUTON
CLERK, U S. DISTRICT COURT

Louis D. Jones

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County Sheriff officer
matthew mckee

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

12CV5181
JUDGE SHADUR
MAGISTRATE BROWN

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

✓ **OTHER** (cite statute, if known) 4th Amendment

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: _Louis N. Jones_

    B.    List all aliases: _____

    C.    Prisoner identification number: _2011000 9125_

    D.    Place of present confinement: _Will county Jail_

    E.    Address: _95 S. chicago st. Joliet Il 60436_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _officer matthew mckee_

        Title: _sheriff police officer_

        Place of Employment: _will county_

    B.    Defendant: _____

        Title: _____

        Place of Employment: _____

    C.    Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ 11 CF 2398
   _____ Jones v. State of Illinois _____

B. Approximate date of filing lawsuit: ___ June, 2012 _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____ Louis D. Jones _____
   _____
   _____

D. List all defendants: ___ Sheriff matthew mckee _____
   _____
   _____
   _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___ Northern district of Ill / will county

F. Name of judge to whom case was assigned: ___ Richard shonstead
   _____

G. Basic claim made: ___ volation of 4th amendments rights
   and sexual harcesment _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___ pending _____
   _____
   _____

I. Approximate date of disposition: ___ pending / current _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

To whom it may concern;

Hello my name is Louis D. Jones I'm an inmate in the Will Co. Jail; I'm writing you concerning my felony charge which I'm intrested in fileing a claim on with you. I'm charged with unlawful possession of a controlled substance with the intent to deliver (class 1 felony). I really hope I can convince you to take my case in the unlawful treatment I received from a Will Co. Sheriff officer know as matthew mckee On or about Dec. 8 2011 approximately 10:30 pm I was stopped by this officer for a traffic violation for failure to use my left turn signal which I admit to I was driving a 2004 mercury mountaineer suv officer mckee approched my vehicle asked me several questions about where I'm going where I'm coming things of that nature he then asked for my driver's license and insurance I had already had my driver's license available for him as I was reaching for my proof of my Insurance he order me to get out of my vehicle which I did he then asked did I have any drugs or weapons in the vehicle I stated no he then asked did I have any drugs in my groin area or my rear end again I stated no then he tells me well I'm going to check so he begin a pat down for any weapons did not find any he then put on a pair of leather gloves put his right had down in my trousers and underwear into the center of my rear end and found drugs he ordered me to squat down to the ground while he proceed with this sexual violation he arrested me and he told the grand Jury of Will Co. that he observed me reeching for my rear waist line which I wasn't I reoched to my left had pocket for my wallet to

give this officer my driver's Id and to remind you I had on pajmas at this time with no back pockets so the officer brings me to the county Jail never wrote a ticket at the scene two hours later he brings me the traffic citation for me to sign which I did now I'm asking do I have a good enough case to file this claim I feel I was violated 100% sexually and it has me so afraid now to even be frisked by any officer here in this county Jail so I would love to hear from you soon with information on weather you can take the case or not I look forward to hearing from you soon yours truly

*Louis D. Jones*
Louis D. Jones inmek Cimis 2011 000 9125


P.S. I go before the Judge on this current case June 13th I may get it dismissed and I may not so if you don't mind please take down my home address and my wife's phone number so that you send documents to me and my home address and please feel free to talk with my wife Timek Jones number 1 (815) 258-6769
  Home address
    1226 Arthur Ave
    Joliet Il 60432

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

5

Revised 9/2007

**V.      Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

An amount to be determined by the court including actual comprenstory mentel distress and attorney's fee

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5___ day of ___June___ , 20_12_

_____
        Louis D. Jones
(Signature of plaintiff or plaintiffs)

_____Louis D. Jones_____
(Print name)

_____2011 0009125_____
(I.D. Number)

_____95 S. Chicago St. Joliet, Il_____
_____60436_____
(Address)

6

Revised 9/2007

# CERTIFICATE
## (Incarcerated applicants only)
## (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Louis D. Jons_, I.D.# _2011100 9125_, has the

sum of $ _0.62_ on account to his/her credit at (name of institution)

_Will County ADF_.

I further certify that the applicant has the following securities to his/her credit: _0.62_. I further certify that

during the past six months the applicant's average monthly deposit was $ _88.17_. (Add all deposits

from all sources and then divide by number of months).

_6.18.12_

Date

_[signature]_

Signature of Authorized Officer

_Kathleen Zacharias_

( Print Name )